## LIST OF ATTACHED EXHIBITS

Exhibit A   Utah Division of Corporations Status Designation for CT

Exhibit B   February 17, 2010 Letter from Thomas P.C. to Plaintiff

Exhibit C   April 21, 2010 Letters from Plaintiff to Mr. Thomas

Exhibit D   April 29, 2010 Letter from Marans to Mr. Thomas

# EXHIBIT A



Search all of Utah.gov »



**Utah** Department of Commerce

# Business Entity Search

?Help

| | | | |
|---|---|---|---|
| **Name** | **Type** | **City** | **Status** |
| CANCER THERAPEUTICS, INC. | Corporation | Unknown | Expired |

**Business Name:** CANCER THERAPEUTICS, INC.
**Entity Number:** 6632193-0142
**Registration Date:** 05/31/2007
**State of Origin:**

### Address

Unknown, NA 00000

### Status
**Status:** Expired
**Status Description:** Failure to File Renewal
**This Status Date:** 09/01/2009
**Last Renewed:** 04/11/2008
**License Type:** Corporation - Domestic - Profit
**Delinquent Date:** 05/31/2009

### Registered Agent
**Registered Agent:** JOHN THOMAS
[Search BES] [Search RPS]
**Address Line 1:** 10757 S RIVER FRONT PKWY, STE 125
**Address Line 2:**
**City:** South Jordan
**State:** UT
**Zip:** 84095

### Additional Information
**Stock Class 1 Amount:** 10000000
**Stock Class 1 Type:** COMMON

### With this information, you can...

[ Search for Images ]  If you would like to view images of paper filings for this business entity, select the button to the left. You will be assessed a $ 2.00 fee per image of a document for this service.

[ Access Principal Information ]  If you would like to receive information on the principal individuals associated with this entity, click the button on the left. You will be assessed a $ 1.00 fee for this information.

[ Back to search results ]   [ Do Another Search ]

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy | Translate Utah.gov
Copyright © 2010 State of Utah - All rights reserved.

# EXHIBIT B

# JOHN D. THOMAS, P. C.

10757 So. River Front Pkwy
Suite 125
South Jordan, Utah 84095
(801) 816-2536
Fax (801) 816-2699
jthomas@denoslaw.com

February 17, 2010

SB2 Capital LLC

Re: Representation Letter and Escrow Arrangement

To Whom It May Concern:

This law firm has represents and has represented Cancer Therapeutics, Inc. and legal counsel since 2005. We will receive funds from SB2 Capital LLC and release the funds to Cancer Therapeutics only upon the instruction of SB2 Capital LLC and its authorized representative after 10 days.

Very truly yours,

John D. Thomas, P.C.

# EXHIBIT C

SB2 Capital LLC
c/o 3033 Fifth Avenue, Suite 201
San Diego, CA 92103

April 21, 2010

VIA FACSIMILE – (801) 816-2599

John D. Thomas, P.C.
10757 SO. River Front Pkwy
Suite 125
South Jordan, Utah
84095

Dear Mr. Thomas:

Re:   **Representation Letter and Escrow Arrangement February 17, 2010**

Attached is a letter executed and received from you February 17, 2010. Accordingly, we would advise we will not be authorizing the transfer to Cancer Therapeutics at this time. As such, we would direct you to transfer the funds to our attorney's trust account as set out below:

| | |
|---|---|
| Bank: | Bank of America<br>7680 Girard Avenue<br>La Jolla, CA  92037<br>Tel: (858) 452-8400 |
| Routing Number: | 0260-0959-3 |
| SWIFT CODE: | BOFAUS3N |
| Account Information:<br>Beneficiary: | Carrillo Huettel, LLP<br>Attorney Client Trust Account<br>3033 Fifth Avenue, Suite 201<br>San Diego, CA  92103<br>Tel: (619) 399-3102<br>Fax: (619) 330-1888 |
| | Account No. 16648-41027 |

We trust the foregoing direction will be executed forthwith. If you have any questions please contact Luis Carillo at (619) 399-3102.

Respectfully,

SB2 CAPITAL LLC

*[signature]*

MARCO BABINI
MB/dad
encls.

# JOHN D. THOMAS, P. C.

10757 SO. RIVER FRONT PKWY
SUITE 125
SOUTH JORDAN, UTAH 84095
(801) 816-2536
FAX: (801) 816-2599
JTHOMAS@DENOSLAW.COM

February 17, 2010

SB2 Capital LLC

Re: Representation Letter and Escrow Arrangement

To Whom It May Concern:

This law firm has represents and has represented Cancer Therapeutics, Inc. and legal counsel since 2005. We will receive funds from SB2 Capital LLC and release the funds to Cancer Therapeutics only upon the instruction of SB2 Capital LLC and its authorized representative after 10 days.

Very truly yours,

John D. Thomas, P.C.

SB2 Capital LLC
c/o 3033 Fifth Avenue, Suite 201
San Diego, CA 92103

April 21, 2010

VIA FACSIMILE – (801) 816-2599

John D. Thomas, P.C.
10757 SO. River Front Pkwy
Suite 125
South Jordan, Utah
84095

Dear Mr. Thomas:

Re:   <u>Representation Letter and Escrow Arrangement February 17, 2010</u>

Further to my earlier correspondence, I wish to clarify that the amount to be transferred to my attorney's trust account is $150,000.00 U.S.

Again, if you have any questions, please do not hesitate to contact Luis Carillo at (619) 399-3102.

Respectfully,

SB2 CAPITAL LLC

MARCO BABINI
MB/dad

# EXHIBIT D

MARANS INVEST & FINANCE S.A.

April 29, 2010

John D. Thomas, P.C.
10757 So. River Front Pkwy, Suite 125
South Jordan, Utah 84095

RE: Wire Transfer of $150,000 USD / Value Dated February 22, 2010

Dear Mr. Thomas:

On February 22, 2010, Marans Invest & Finance S.A. (the "Company") wired $150,000USD (the "Funds") to your client trust account.

Per the attached letter, on your letterhead, dated February 17, 2010, you acknowledged that you would receive the Funds on behalf of SB2 Capital LLC, and disburse only on written instructions from SB2 Capital LLC.

The Company hereby designates Mr. Marco Babini as its authorized designee to provide you with instructions on the return of the Funds. Since it is the Company that sent you the Funds, you are under a fiduciary obligation to comply with our request via Mr. Babini.

Further to that end, we understand Mr. Babini has already provided you with instructions to wire the Funds to Carrillo Huettel, LLP. We expect this to be completed no later than April 30, 2010 and a confirmation sent to Mr. Carrillo at lcarrillo@chlawgroup.com.

Thank you for your attention to this matter.

Sincerely,
Marans Invest & Finance S.A.

By: _____